IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00897L<br>Judge Mary Ellen Coster Williams |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for extension of time. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Defendant shall have to and including July 27, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ____________________________

____________________________________
HON. MARY ELLEN COSTER WILLIAMS
United States Court of Federal Claims