# In the United States Court of Federal Claims

**No. 06-897L**
**(Filed: February 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING ENLARGEMENT OF TIME**

---

On February 20, 2006, the parties filed, pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims, a joint motion for an extension of time to file an answer or otherwise respond to the complaint. This is the first request for an enlargement of time to respond to the complaint. The parties are seeking the enlargement of time to discuss various settlement options and to obtain relevant documents and data. Good cause having been shown, the Court **GRANTS** the parties' motion. Defendant shall file its answer or respond to the complaint no later than **July 27, 2007**.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**