# In United States Court of Federal Claims

| | | |
|---|---|---|
| PAIUTE-SHOSONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | Case No. 06-cv-00897L<br>Judge Mary Ellen Coster Williams |
| v. | ) | |
| THE UNITED STATES;<br>DIRK KEMPTHORNE, Secretary of Interior, U.S. Department of the Interior;<br>ROSS O. SWIMMER, Special Trustee, Office of Special Trustee for American Indians, U.S. Department of the Interior;<br>HENRY M. PAULSON, JR., Secretary of the Treasury, U.S. Department of the Treasury, | ) | |
| Defendant. | ) | |

**NOTICE OF LAW FIRM ADDRESS CHANGE**

Notice is hereby given that effective April 1, 2007, the address of counsel of record, Thomas E. Luebben, Luebben Johnson & Barnhouse LLP will be 7424 4th Street N.W., Los Ranchos de Albuquerque, New Mexico 87107. The telephone number, facsimile number and attorney e-mail address remain the same.

Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico, 87107
Telephone: (505) 842-6123
Facsimile: (505) 842-6123

Dated: March 26, 2007

Respectfully submitted,

LUEBBEN JOHNSON & BARNHOUSE LLP

By: /s/ Thomas E. Luebben
Thomas E. Luebben
7424 4th Street N.W.
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorney of record for Plaintiff,
Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, a federally recognized Indian Tribe

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF LAW FIRM ADDRESS CHANGE was served on March 26, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0247
Fax: (202) 353-2021

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
P.O. Box 663
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 2004-0663

By: /s/ Thomas E. Luebben
Thomas E. Luebben