IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00897L<br>Judge Williams |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR TEMPORARY STAY OF LITIGATION,**
**AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), the parties respectfully make this joint motion for a temporary stay of the litigation of this case, to and including November 26, 2007. Currently, the deadline for Defendant to file its Answer or otherwise respond to the Complaint in the case is July 27, 2007. This joint motion is the parties' first such motion.

In support of the requested relief, the parties state the following:

1. Plaintiff filed this case on December 26, 2006. See Complaint, Doc. 1. Plaintiff's allegations relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. In an Order dated February 22, 2007, the Court granted the parties' joint motion and extended Defendant's deadline to answer or otherwise respond to the Complaint to and including July 27, 2007.

3. Based on discussions between counsel, the parties have agreed that it is in their best interests to explore the possibility of resolving Plaintiff's issues and claims in this case

through informal settlement discussions. Additionally, they have agreed to address Plaintiff's needs for relevant or potentially relevant documents and data through informal requests and productions. The parties have been and continue to be taking steps over the past several months to implement their agreement and further their goals and objectives.

4. To that end, Defendant has provided Plaintiff with certain Tribal account information and data. Specifically, upon request, Defendant has provided to Plaintiff a copy of the results and supporting documentation from the Tribal trust fund account reconciliation project that pertain to Plaintiff. Further, Defendant's representatives and accounting consultants—Defendant's counsel; an attorney from the Solicitor's Office of the United States Department of the Interior; the Deputy Director and a staff member of the Office of Historical Trust Accounting (OHTA) of the Interior Department, and OHTA's accounting consultants—met with Plaintiff's counsel and several members of the Tribal Council, in San Jacinto, CA, on June 6, 2007. At the meeting, Defendant's representatives and accounting consultants provided to Plaintiff's counsel and representatives a detailed presentation about the reconciliation project methodology, results, and documentation that relate to Plaintiff. Further, they provided explanations about Plaintiff's trust fund account data, balances, and other account-related information, and they answered questions by Plaintiff's representatives about the management and current status of Plaintiff's trust accounts. In follow-up to the meeting and presentation, Plaintiff's counsel and representatives posed certain questions regarding specific accounts. Defendant is in the process of researching and compiling the responses to Plaintiff's questions, and it currently expects to furnish Plaintiff with the information in the next 60 days.

5. Plaintiff believes that Defendant's provision of account research information may

enable the parties to settle or otherwise resolve Plaintiff's issues and claims herein. The parties believe that their efforts thus far have been productive, but they need additional time to complete the their work, discussions, and other aspects of their informal process. Accordingly, the parties respectfully make this joint request for a temporary stay of litigation, including the deadline for Defendant to file its Answer or otherwise respond to the Complaint, to and including November 26, 2007. Further, the parties respectfully propose that, on or before November 26, 2007, they file a joint report informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

6. On the one hand, the granting of this joint motion would not cause prejudice to the rights and interests of the parties herein. On the other hand, it would serve the interests of the parties, as well as the public, by facilitating the possibility of settlement or informal resolution of Plaintiff's issues and claims without the need for protracted litigation; promoting judicial economy; and enabling the conservation of the parties' limited resources, especially in light of the fact that 102 Tribal Trust cases have been filed in this Court and in the United States District Courts.[1/]

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

---

[1/] There are currently 57 Tribal trust cases in the Court of Federal Claims (CFC). These 57 cases include not only this case but also four others filed by Plaintiff's counsel on behalf of other Tribes: Yomba Shoshone Tribe v. United States, No. 06-cv-00896L; Pueblo of Santa Ana v. United States, No. 06-cv-00892; Paiute-Shoshone Ind. of the Bishop Community of the Bishop Colony, CA. v. United States, No 06-897L; and Soboba Band of Luiseño Indians v. United States, No. 06-cv-00894. Additionally, 37 Tribal trust cases have been filed in the United States District Court for the District of Columbia, and nine Tribal trust cases have been filed in the United States District Courts in Oklahoma. Most of the Tribes bringing the lawsuits in the District Courts have also filed companion cases in the CFC. Plaintiff is not one of those Tribes.

Respectfully submitted this 27th day of July, 2007

*s/ Thomas E. Luebben, by Daniel Steele*
*pursuant to written authorization*
*on July 27, 2007*
THOMAS E. LUEBBEN
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 87107
Tel: (505) 842-6123
Fax: (505) 842-6124

Attorney of Record for Plaintiff

*s/ Daniel Steele*
DANIEL STEELE
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH BRANDON
MICHAEL A. BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227