IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PAIUTE SHOSHONE INDIANS OF THE )
BISHOP COMMUNITY OF THE BISHOP )
COLONY, CALIFORNIA )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00897L
) Judge Williams
THE UNITED STATES OF AMERICA, )
)
Defendant. )
____________________________________)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED.

2. The litigation of this case, including the deadline for Defendant to file its Answer or otherwise respond to the Complaint, shall be stayed temporarily until November 26, 2007.

3. On or before November 26, 2007, the parties shall file a joint report informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

SO ORDERED.

Date: ____________________ ______________________________________
HON. MARY ELLEN COSTER WILLIAMS
Judge, United States Court of Federal Claims