# In the United States Court of Federal Claims

**No. 06-897L**
**(Filed: August 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER IMPOSING STAY

On July 27, 2007, the parties filed, pursuant to Rule 6.1 of the Rules of the U.S. Court of Federal Claims, a joint motion for a temporary stay of the case. The parties have requested the stay because they have agreed to explore the possibility of resolving the case through informal settlement discussions. The parties state that they require time to exchange and review information in furtherance of these settlement discussions. Good cause having been shown, the Court **GRANTS** the parties' motion. The Court **STAYS** all substantive proceedings in this case, including the deadline for Defendant to file its answer or otherwise respond to the complaint. The parties are further **ORDERED** to file a joint status report no later than **November 26, 2007** informing the Court of the status of their settlement efforts, including a proposal to the Court about whether and how to proceed with this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**