IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00897L<br>Judge Williams |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TEMPORARY STAY OF LITIGATION AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request that this Court extend the current temporary stay of litigation by ninety (90) days, to February 25, 2008. The parties respectfully request that, among other things, Defendant's obligation to file its Answer or otherwise respond to the Complaint, as well as the parties' mutual obligations to prepare and submit a joint preliminary status report ("JPSR") and to plan and move forward with formal discovery once the Answer has been filed, be deferred until after the expiration of the requested extension of the temporary stay of litigation, so that the parties can continue their discussions about the possibility of settlement and their informal document and data exchange efforts. This joint motion is the parties' third such motion.

In support of their joint request, the parties state the following:

1. As reported to the Court on July 27, 2007, the parties have conducted a series of telephonic conferences and one meeting to explore possible settlement avenues that might be available for resolving Plaintiffs' claims without the need for protracted litigation.

2. Defendant, through the attorney in the Solicitor's Office of the United States

Department of the Interior ("Interior"), who is assigned to this case, is considering Plaintiff's requests and is currently working toward a response based on data and information received in October from its accounting consultants. After consultations with Interior's Office of Historical Trust Accounting ("OHTA") and the Office of the Special Trustee for American Indians ("OST"), and the Treasury FMS Chief Counsel's Office attorney, Defendant expects to be able to discuss the results with Plaintiff shortly. Defendant, however, needs the requested additional time to complete these various discussions and determinations.

3. The parties believe that their work thus far has been productive. Nonetheless, depending on the outcomes of the foregoing federal agency discussions and Defendant's ultimate response to Plaintiff, the parties need additional time so that they can conduct follow-up conferences between themselves, consider the possibility of whether and how to proceed in their current exploration of possible settlement or informal resolution avenues, decide on a proposed course of action (if possible), and, if necessary or appropriate, inform the Court.

4. For the foregoing reasons, the parties jointly and respectfully request that the Court extend the current temporary stay of litigation by ninety (90) days, to and including February 25, 2008. The granting of this joint motion will not unduly prejudice or harm the rights and interests of the parties herein. Further, it will serve the public interest by promoting judicial efficiency and conservation of judicial, as well as the parties' own scarce, resources.

Respectfully submitted this 26th day of November, 2007,

*s/ Thomas E. Luebben, by Daniel G. Steele*
*pursuant to written authorization*
THOMAS E. LUEBBEN
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Tel: (505) 842-6123
Fax: (505) 842-6124
Fax: (202) 353-2021

Attorney of Record for Plaintiff

OF COUNSEL:

SAMUEL HOUGH
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Tel: (505) 842-6123
Fax: (505) 842-6124

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the
Interior, Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227