# In the United States Court of Federal Claims

**No. 06-897L**
**(Filed: November 28, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TEMPORARY STAY**

---

On November 26, 2007, the parties filed a joint motion to extend the current temporary stay of litigation by 90 days, to and including February 25, 2008. The parties state that they require additional time so that they can continue their efforts in exploring possible settlement or informal resolution avenues. Good cause having been shown, this motion is **GRANTED**. The Court continues the temporary stay until **February 25, 2008**, at which time the parties are to file a joint status report informing the Court of the status of their settlement efforts, including a proposal to the Court about whether and how to proceed with this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**