IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00897L<br>Judge Williams |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ONE DAY OUT OF TIME JOINT STATUS REPORT AND JOINT MOTION FOR EXTENSION OF TEMPORARY STAY OF LITIGATION AND [PROPOSED] ORDER**

Defendant hereby respectfully moves for leave to file the parties' Joint Status Report and Joint Motion for Extension of Temporary Stay of Litigation one day out of time. Pursuant to the Court's Order of November 28, 2007, the parties were to file a Joint Status Report yesterday, February 25, 2008. The Temporary Stay of Litigation, as also ordered by the Court, was to expire on that day as well. Regrettably, the undersigned counsel did not timely file a Joint Status Report and Joint Motion For Extension of Temporary Stay of Litigation on that date due to his confusion with deadlines on another Court of Federal Claims case involving similar claims and with the same counsel who represent the Plaintiff in this case.

Counsel for both parties apologize, and will now take steps to assure the timely compliance with future Court orders. The parties file herewith their Joint Status Report reflecting significant progress in the case since the parties' last Joint Status Report filed on November 26, 2007 and their motion to continue the stay which the Court has afforded the parties in their efforts to reach settlement.

Dated this 26th day of February, 2008.

Respectfully submitted

RONALD J. TENPAS
Assistant Attorney General

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the
Interior, Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant's Motion for Leave to File One Day out of Time Joint Status Report and Joint Motion for Extension of Temporary Stay of Litigation and [Proposed] Order was served on February 26, 2008 by Electronic Case Filing on the following counsel:

THOMAS E. LUEBBEN
SAMUEL HOUGH
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 8710

*/s/* ______________________________
Daniel G. Steele