IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00897L<br>Judge Williams |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's motion for leave to file a Joint Status Report and Joint Motion for Extension of Temporary Stay of Litigation one day out of time. Upon consideration of Defendant's motion and for good cause shown, it is hereby ORDERED that Defendant's Motion for Leave is granted. The parties are to file their Joint Motion by February 26, 2008.

SO ORDERED.

Date: ____________________

____________________________________
HON. MARY ELLEN COSTER WILLIAMS
Judge, United States Court of Federal Claims