# In the United States Court of Federal Claims

**No. 06-897L**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TEMPORARY STAY**

---

On February 26, 2008, the parties filed a joint motion for an extension of the temporary stay in this case. The parties have requested an extension of 90 days, to and including May 26, 2008, in which to continue and complete their settlement efforts. Good cause having been shown, the Court **GRANTS** the parties' motion. The Court hereby **STAYS** all substantive proceedings in this case, including the deadline for Defendant to file its answer or otherwise respond to the complaint. The parties shall file a Joint Status Report by **May 26, 2008**, and every 90 days thereafter reporting on the progress of their settlement efforts, including a proposal to the Court about whether and how to proceed with this case.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**