# In the United States Court of Federal Claims

**No. 06-897L**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **PAIUTE-SHOSHONE INDIANS OF** | * |
| **THE BISHOP COMMUNITY OF** | * |
| **THE BISHOP COLONY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On February 26, 2008, Defendant filed a motion for leave to file the parties' Joint Status Report and Joint Motion for Extension of Temporary Stay of Litigation one day out of time. Good cause having been shown, this motion is **GRANTED** **nunc pro tunc**. The parties' Joint Status Report and Joint Motion for Extension of Temporary Stay of Litigation are accepted for filing this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**