IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00897L<br>Judge Williams |

JOINT STATUS REPORT

Pursuant to the Court's Order of February 29, 2008, directing the parties to file a Joint Status Report by May 26, 2008, and every 90 days thereafter reporting on the progress of settlement efforts, including a proposal to the Court about whether and how to proceed with the case, the Plaintiff and Defendant report progress in the case as follows:

1. By a letter of March 18, 2008, the Plaintiff, through counsel, requested information, outside of formal discovery, for all of Plaintiff's accounts.

2. Plaintiff's first request was for the complete Concordance Database for the period covering the years 1972 through 1992 and supplemented data for the period from 1993-1995 (the Finance System Data Set).

3. Plaintiff has received the requested information for the 1972-1995 period, specifically including functioning passwords.

4. Plaintiff's second request was for the Common Data Set database containing automated entries and disbursements (including the Concordance Database and the Omni

Trust System) that began on, or was compiled on or about, April 1, 2005, and include the most current automated entries and disbursements which would be protected through functional passwords.

5. Defendant has advised Plaintiff that the database began in 1995 and Defendant expects to provide Plaintiff with the complete Common Data Set database on or around June 15, 2008.

6. Plaintiff's third request was for records of all of Plaintiff's United States Treasury accounts for the period 1901 to 1972.

7. Defendant has advised Plaintiff that relevant pages from the "Combined Statement of Receipts, Outlays and Balances of the United States Government" for fiscal years 1884 through 2000 have been imaged and placed on a CD-rom that will be shipped for overnight delivery to counsel for the Plaintiff on today's date.

8. Plaintiff's fourth request was for information on all of the Plaintiff's Tribal IIM accounts and IMPL Escrow accounts for all periods.

9. Defendant has advised the Plaintiff that pre-1950 information is contained in paper records (not databases) and the availability of that information would require archival research requiring time and a budget, either of which have not yet been ascertained.

10. Plaintiff has advised Defendant that its accountant has analyzed the Defendant's offer of settlement communicated on January 7, 2008, and that Plaintiff is awaiting receipt of the remaining informal discovery requested on March 18, 2008, to finalize the review against that information.

11. In advance of the further anticipated information expected on or about June 15, 2008, Defendant will work on a draft settlement agreement for Plaintiff's consideration.

The Plaintiff and Defendant request that the settlement discussions and informal discovery continue for the next 90 days. The Plaintiff and Defendant will file their next joint status report on August 25, 2008.

Dated this 27th day of May, 2008.

Respectfully submitted,

*s/ Thomas E. Luebben*
Thomas E. Luebben
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 8710
Tel: (505) 842-6123
Fax: (505) 842-6124

Attorney of Record for Plaintiff

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Daniel G. Steele, by Thomas E. Luebben pursuant to telephonic authorization*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Defendant