IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PAIUTE SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00897L<br>Judge Williams |

JOINT STATUS REPORT

The Court's Order of February 29, 2008, directed the parties to file a Joint Status Report ("JSR") by May 26, 2008, and every 90 days thereafter reporting on the progress of settlement efforts, including a proposal to the Court about whether and how to proceed with the case. The next Joint Status Report is due on August 25, 2008. Defendant's undersigned counsel will be out of the office from August 11 through August 25, 2008, and, for this reason, counsel for the Plaintiff and Defendant file their JSR, due on August 25, 2008, early to report progress in the case as follows:

1. By a letter of March 19, 2008, the Plaintiff, through counsel, requested information outside of formal discovery, for all of Plaintiff's accounts.

2. The parties JSR filed on May 27, 2008, stated the specific information being requested and the status of Defendant's compliance with Plaintiff's requests, or in the case of certain pre-1950 paper records requiring archival research, the steps that Defendant would have to pursue in terms of budgeting and time requirements.

3. The parties JSR filed on May 27, 2008, further reported that Defendant would strive to produce the Common Data Set database containing automated entries and disbursements on or around June 15, 2008.

4. The parties report that, pursuant to item 3, above, on July 29, 2008, Defendant, through counsel, delivered to Plaintiff's counsel the Common Datasets containing Tribal trust accounting transaction data for the July 1, 1972 – October 31, 2007 period, encrypted passwords, data pertaining to the Tribe's judgment awards, and Office of Historical Trust Accounting draft completeness validation reports which describe agency procedures and results for validating the completeness of the tribe-specific transaction data.

5. Plaintiff is in receipt of the data and information described in item 4, above, and will provide the data to its accountant for review and further analysis of the settlement offer communicated to Plaintiff on January 7, 2008. Plaintiff anticipates completing this review in the next 45-60 days.

6. Finally, Defendant will strive to provide Plaintiff with draft settlement provisions by August 8, 2008.

Plaintiff and Defendant request that the settlement discussions and informal discovery continue for 90 additional days from August 25, 2008, during which time the case will be stayed and the obligations of the parties, including Defendant's obligation to respond to the Complaint, are suspended. The parties believe that further settlement discussions will not cause prejudice to the rights of any parties and will promote the efficient use of the parties' limited resources. The Plaintiff and Defendant will file their next joint status report on November 24, 2008, unless the Court orders otherwise.

Dated this 8th day of August, 2008.

Respectfully submitted,

*s/ Thomas E. Luebben*
Thomas E. Luebben
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 8710
Tel: (505) 842-6123
Fax: (505) 842-6124

Attorney of Record for Plaintiff

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Daniel G. Steele, by Thomas E. Luebben pursuant to telephonic authorization*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Defendant